IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN SCOTT MEYERS,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,
JULIE L. JONES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IS FILED

CASE NO. 1D16-3509

Opinion filed June 6, 2017.

An appeal from the Circuit Court for Wakulla County.
John C. Cooper, Judge.

John Scott Meyers, pro se, Appellant.

Gayla Grant, Assistant General Counsel, Florida Department of Corrections,
Tallahassee.

PER CURIAM.

      AFFIRMED.

WOLF, RAY, and BILBREY, JJ., CONCUR.